IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALOMON NICASIO-PANTIN,<br><br>Defendant. | CR 25–28–BU–DLC<br><br><br>ORDER |

Before the Court is Defendant Salomon Nicasio-Pantin's Motion to Reschedule Sentencing, currently set for February 24, 2026. (Doc. 26.) Defendant has been incarcerated since July 8, 2025; both the Government and counsel for Defendant project that his guideline range for sentencing is 0–6 months incarceration. (*Id.* at 3.) Moreover, as a result of Defendant's status and conviction, Defendant states that he recognizes he will likely be subject to deportation proceedings after sentencing. (*Id.*) Defendant wishes to expedite the sentencing process so that he may return to his family in Nicaragua or to get to a place where he can legally work to support his daughter's medical needs. (*Id.*)

Although the Court is sensitive to Defendant's desire to expedite the process and understands his concerns, the presentence investigation process is still in its early stages and will require more time to complete. Therefore, in order to ensure

that United States Probation has sufficient time to generate an accurate presentence report, the Court cannot accommodate Defendant's request to expedite the sentencing.

Accordingly, IT IS ORDERED that the Motion (Doc. 26) is DENIED. The sentencing hearing remains set for February 26, 2026.

DATED this 23rd day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court