IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–28–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SALOMON NICASIO-PANTIN, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 24.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Salomon Nicasio-Pantin is charged with one count of possession of a fraudulent immigration document, in violation of 18 U.S.C. § 1546(a) (Count I), one count of misuse of a social security number, in violation of 42 U.S.C. § 408(a)(7)(B) (Count II), and possession of a fraudulent identification document, in

1

violation of 18 U.S.C. § 1029(a)(6) (Count III).  (Doc. 2.) Judge DeSoto

recommends that this Court accept Nicasio-Pantin's guilty plea as to Count I after

he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The

Court finds no clear error in Judge DeSoto's Findings and Recommendation and

adopts them in full, including the recommendation to defer acceptance of the Plea

Agreement until sentencing when the Court will have reviewed the Plea

Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 24) is ADOPTED in full.

IT IS FURTHER ORDERED that Nicasio-Pantin's motion to change plea

(Doc. 16) is GRANTED.

IT IS FURTHER ORDERED that Nicasio-Pantin is adjudged guilty as

charged in Count I of the Indictment.

DATED this 3rd day of November, 2025.

Dana L. Christensen, District Judge
United States District Court