IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–28–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SALOMON NICASIO-PANTIN, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Amend Judgment for Clerical Error. (Doc. 36.) On February 24, 2026, the Defendant was sentenced to one count of use and possession of a fraudulent immigration document, in violation of 18 U.S.C. § 1546(a). (Doc. 33.) The Court's written judgment does not reflect the $100 special assessment, and the United States requests that the Court issue an amended judgment to include this fee. (*Id.* at 36.) However, while it appears the hearing's minute entry inadvertently included the $100 special assessment (Doc. 32), a review of the hearing's full transcript demonstrates that the Court did, in fact, waive Defendant's obligation to pay the special assessment due to his indigency.

Accordingly, IT IS ORDERED that the Motion to Amend (Doc. 36) is DENIED.

1

IT IS FURTHER ORDERED that the Clerk is directed to update the hearing's minute entry (Doc. 32) to accurately reflect the Court's decision to waive Defendant's obligation to pay the special assessment fee of $100.

DATED this 11th day of March, 2026.

Dana L. Christensen, District Judge
United States District Court